

KEVIN G. FALEY
ANDREA M. ALONSO ☐
KENNETH E. PITCOFF
MICHAEL B. TITOWSKY
PATRICIA E. PERMAKOFF
KEVIN F. MAHON
MICHAEL V. CAMPANILE
LINA C. ROSSILLO
JAMES A. PANNONE ☐
MANUEL R. REYNOSO
EDWARD J. HARRINGTON
WILLIAM J. MANNING, JR.
DONNA M. WHITE
MARK A. HEALY
ALLYSON P. LUBELL
GAIL S. KARAN
JENNA L. MASTRODDI ☐
ELIZABETH A. FILARDI
IRYNA S. KRAUCHANKA
DORIS RIOS DUFFY
JEOUNGSON KIM
CHRISTOPHER R. INVIDIATA
REBECCA J. ROSEDALE ☐
CRISTINA SOLLER
AMANDA M. ZEFI ☐

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

LONG ISLAND
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

GEORGE APRILAKIS
JOAN M. COCHA ☐
JOHN A. COLBY
MICHAEL A. CZOLACZ
LATRACE DABNEY
JUSTIN M. DALEY
KELSEY DOUGHERTY HOWARD
SEAN J. FERGUSON
FRANK H. FOSTER
CHARLES M. KERR
JOSE M. LASPRILLA
EDOARDO MAFFIA
ROBERT MAROTTA
JUSTIN P. MASURE
GREGORY S. NELSON

MARISSA PADOVANO
TAMAR S. PELTZ
DEBORAH A. POCHTAR
PATRICK PRAGER
PATRICK REILLY
ROBERT J. REILLY
DANIELLE J. REISS ☐
JOHN A. ROHAN
YEKATERINA SAPSON
MICHAEL W. SOLIMAN
DAVID J. TAMKE
INNA V. TERES
ROBERT S. WHITBECK
CHRISTOPHER G. ZACHRY

_____
☐ ADMITTED IN NY AND NJ
OF COUNSEL
JOHN J. DUFFY
LILY A. OCKERT ☐
LEIGH H. SUTTON

> This letter (Doc. 23) was filed mistakenly as a "letter motion." The Clerk of the Court is, therefore, respectfully directed to terminate the motion sequence pending at Doc. 23.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        January 13, 2022

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropos Street, Room 530
White Plains, NY 10601

      Re:    Civil Action No: 7:21 – CV – 6834
             EFCO Products, Inc. & Westchester Surplus Lines
                Insurance Co. v. Carlisle Cocoa Co., LLC.
             Our file #: SP73030

Dear Hon. Halpern:

      By way of re-introduction, my law firm, Morris Duffy Alonso Faley has been retained to represent defendant Carlisle Cocoa Co., LLC. in the above referenced litigation.

      Pursuant to Your Honor's directives at the Court Conference held earlier today, please allow this letter to confirm the representations made by plaintiff's counsel in his letter to you dated December 28, 2021 with regard to the citizenship of my client defendant "Carlyle Cocoa Co., LLC." Specifically, upon information and belief, Carlyle Cocoa Co., LLC is a Delaware limited liability company, with its principal place of business located in New Castle, Delaware. Furthermore, Carlyle Cocoa Co., LLC is a single member LLC and its sole member Edgar Bittong is a citizen of Germany.

Re:    Civil Action No: 7:21 – CV – 6834
       EFCO Products, Inc. & Westchester Surplus Lines
       Insurance Co. v. Carlisle Cocoa Co., LLC.
       Our file #: SP73030

Page 2

I trust that this letter satisfies the information requested by this Honorable Court.

I am always available to the extent that Your Honor requires any further information.

                                          Respectfully submitted,

                                          Allyson Lubell

APL/cd