

KEVIN G. FALEY
ANDREA M. ALONSO ◊
KENNETH E. PITCOFF
MICHAEL B. TITOWSKY
PATRICIA E. PERMAKOFF
KEVIN F. MAHON
MICHAEL V. CAMPANILE
LINA C. ROSSILLO
JAMES A. PANNONE ◊
MANUEL R. REYNOSO
EDWARD J. HARRINGTON
WILLIAM J. MANNING, JR.
DONNA M. WHITE
MARK A. HEALY
ALLYSON P. LUBELL
GAIL S. KARAN
JENNA L. MASTRODDI ◊
ELIZABETH A. FILARDI
IRYNA S. KRAUCHANKA
DORIS RIOS DUFFY
JEOUNGSON KIM
CHRISTOPHER R. INVIDIATA
REBECCA J. ROSEDALE ◊
CRISTINA SOLLER
AMANDA M. ZEFI ◊

101 GREENWICH
NEW YORK, NY
(212) 766-18
FAX (212) 766-
WWW.MDAFNY.C

LONG ISLAND
1 OLD COUNTRY R
CARLE PLACE, NY 1

WESTCHESTER
445 HAMILTON AV
WHITE PLAINS, NY 1

NEW JERSEY
744 FLOYD STRE
ENGLEWOOD CLIFFS, N

> The parties, in their Proposed Amended Civil Case Discovery Plan and Scheduling Order, indicated that they **consent** to conduct all further proceedings before a magistrate judge. The Court, therefore, declines to enter the proposed scheduling order and directs the parties to file an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Form AO 85), forthwith.
>
> If, however, the parties **do not** intend to proceed before a magistrate judge, they shall re-file the proposed scheduling order using the form available on the Court's individual webpage (updated May 2, 2022) by 5:00 p.m. on May 31, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 29.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 27, 2022

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropos Street, Room 530
White Plains, NY 10601

    Re:    Civil Action No: 7:21 – CV – 6834
            EFCO Products, Inc. & Westchester Surplus Lines
            Insurance Co. v. Carlisle Cocoa Co., LLC.
            Our file #: SP73030

Dear Hon. Halpern:

    By way of re-introduction, my law firm, MORRIS DUFFY ALONSO FALEY & PITCOFF has been retained to represent defendant Carlisle Cocoa Co., LLC. in the above referenced litigation.

    *Pursuant to Your Honor's Order dated May 24, 2022 **(pacer doc 28)**, annexed please find the "joint" Proposed Amended Civil Case Discovery Plan and Scheduling Order. It should be noted that I have spoken with plaintiff's counsel, Michael O'Donnell, and he has agreed to the terms of this proposed Order, as well, and has given his permission to have this proposed Order filed with the Court.*

Civil Action No: 7:21 – CV – 6834
EFCO Products, Inc. & Westchester Surplus Lines
Insurance Co. v. Carlisle Cocoa Co., LLC.
Our file #: SP73030

Page 2

It is respectfully requested that the above extensions of time be granted by this Your Honor. I am always available to the extent that Your Honor requires any further information.

Respectfully submitted,

_____
Allyson Lubell, Esq.
Counsel for Defendant