

KEVIN G. FALEY
ANDREA M. ALONSO ☐
KENNETH E. PITCOFF
MICHAEL B. TITOWSKY
PATRICIA E. PERMAKOFF
KEVIN F. MAHON
MICHAEL V. CAMPANILE
LINA C. ROSSILLO
JAMES A. PANNONE ☐
MANUEL R. REYNOSO
EDWARD J. HARRINGTON
WILLIAM J. MANNING, JR.
DONNA M. WHITE
MARK A. HEALY
ALLYSON P. LUBELL
GAIL S. KARAN
JENNA L. MASTRODDI ☐
ELIZABETH A. FILARDI
IRYNA S. KRAUCHANKA
DORIS RIOS DUFFY
JEOUNGSON KIM
CHRISTOPHER R. INVIDIATA
REBECCA J. ROSEDALE ☐
CRISTINA SOLLER
AMANDA M. ZEFI ☐

GEORGE APRILAKIS
JOAN M. COCHA ☐
TAMAR S. PELTZ
A. POCHTAR
PRAGER
REILLY
REILLY
J. REISS ☐
ROHAN
NA SAPSON
SCHIOPPI
W. SOLIMAN
TAMKE
ERES
WHITBECK
HER G. ZACHRY

D IN NY AND NJ
OUNSEL
J. DUFFY
OCKERT

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

LONG ISLAND
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

WESTCHESTER
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601

NEW JERSEY
744 FLOYD STREET
ENGLEWOOD CLIFFS, NJ 07632

> The Amended Civil Case Discovery Plan and Scheduling Order shall be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 31.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>              June 1, 2022

May 31, 2022

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropos Street, Room 530
White Plains, NY 10601

      Re:    Civil Action No: 7:21 – CV – 6834
                EFCO Products, Inc. & Westchester Surplus Lines
                Insurance Co. v. Carlisle Cocoa Co., LLC.
                Our file #: SP73030

Dear Hon. Halpern:

      By way of re-introduction, my law firm, MORRIS DUFFY ALONSO FALEY & PITCOFF has been retained to represent defendant Carlisle Cocoa Co., LLC. in the above referenced litigation.

      Pursuant to Your Honor's Order dated May 27, 2022 (pacer doc 30), annexed please find a "revised", "joint" Proposed Amended Civil Case Discovery Plan and Scheduling Order using the form available on the Court's individual webpage (updated May 2, 2022).

Civil Action No: 7:21 – CV – 6834
EFCO Products, Inc. & Westchester Surplus Lines
Insurance Co. v. Carlisle Cocoa Co., LLC.
Our file #: SP73030

Page 2

I must also apologize to the Court, as I had mistakenly indicated in the rejected "proposed order" (pacer doc. 29-1) that they parties consented to a magistrate judge, when that was not the case, as it was merely a typo…. To be clear, the parties do not consent to a magistrate judge.

As was previously noted in my letter to Your Honor dated May 26, 2022 (pacer doc 29), I had spoken with plaintiff's counsel, Michael O'Donnell, and he has agreed to the terms of this proposed Order, as well, and has given his permission to have this proposed Order filed with the Court.

For the Court's convenience, please note that the only changes which have been made in the proposed Order (as compared to the original Case Discovery plan and Scheduling Order) have been made in **"bold"** type.

It is respectfully requested that the above extensions of time be granted by this Your Honor. I am always available to the extent that Your Honor requires any further information.

Respectfully submitted,

_____
Allyson Lubell, Esq.
Counsel for Defendant